# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

MICHAEL DUETT,

        Petitioner,     :     Case No. 1:19-cv-725

 - vs -                           District Judge William O. Bertelsman
                                  Magistrate Judge Michael R. Merz

WARDEN,
  Noble Correctional Institution,

                             :
        Respondent.

## TRANSFER ORDER

With the consent of both of them, the Magistrate Judge reference in this case is hereby TRANSFERRED from The Honorable Karen L. Litkovitz to The Honorable Michael R. Merz to help balance the Magistrate Judge workload in the District.

August 14, 2020.

                                                          s/ *Michael R. Merz*
                                                    United States Magistrate Judge