UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL ACTION NO. 1:19-cv-725(WOB-MRM)**

**MICHAEL DUETT**                                                                 **PETITIONER**

VS.                                          <u>**JUDGMENT**</u>

**WARDEN, NOBLE CORRECTIONAL
INSTITUTION**                                                                  **RESPONDENT**

This matter is before the Court on the Report and Recommendation and Supplemental Report and Recommendation of the United States Magistrate Judge (Docs. 12 and 15), and having considered *de novo* those objections (Docs. 13 and 16), and the Court being sufficiently advised,

**IT IS ORDERED** that the objections (Doc. 13 and 16) to the Report and Recommendation and Supplemental Report and Recommendation (Docs. 12 and 15) be, and hereby are, **overruled.** That the Report and Recommendation and Supplemental Report and Recommendation of the Magistrate Judge (Docs. 12 and 15) be, and they hereby are, **adopted** as the findings of fact and conclusions of law of this Court; that petitioner's petition for a writ of habeas corpus (Doc. 1) be, and it hereby is, **DISMISSED WITHOUT PREJUDICE.** No certificate of appealability shall issue herein. Pursuant to 28 U.S.C. § 1915(a)(3), any application by

petitioner to proceed on appeal *in forma pauperis* would not be well taken in "good faith."

This 15th day of October, 2020.



Signed By:
William O. Bertelsman
United States District Judge